

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2016

No. 04-16-00640-CR

Robert **MARTINEZ** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR6698
Honorable Jefferson Moore, Judge Presiding

## O R D E R

The trial court signed an order on August 12, 2016 denying appellant's "various motions to Obtain Transcript and Record; Application Subpoena Duces Tecum and Subpoena Forms; Request for Court Order; and Motion to Set Subpoena and Bench Warrant." The notice of appeal was due to be filed September 12, 2016. TEX. R. APP. P. 26.2(a)(1). A motion for extension of time to file the notice of appeal was due on September 26, 2016. TEX. R. APP. P. 26.3. Appellant filed a *pro se* notice of appeal on September 26, 2016. Appellant did not file a motion for extension of time. Therefore, it appears appellant's notice of appeal was not timely filed, and this court lacks jurisdiction over an appeal of a criminal case in the absence of a timely, written notice of appeal. *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988)

Further, we generally have jurisdiction to consider an appeal in a criminal case only when there has been a judgment of conviction. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). The August 12, 2016 order is not a judgment of conviction and there appears to be no statutory authority granting us the power to address this type of appeal. Therefore, we may lack jurisdiction to hear appellant's appeal from this order.

Appellant is represented on appeal by appointed counsel Mr. Edward F. Shaughnessy, III. Mr. Shaughnessy is **ORDERED** to show cause no later than October 20, 2016 why this appeal should not be dismissed for want of jurisdiction.

All other appellate deadlines are suspended pending further order of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2016.

Keith E. Hottle
Clerk of Court